**COURT OF APPEALS**
**FOR THE**
**THIRD DISTRICT OF TEXAS**
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512) 463-1733

Date:            August 14, 2013

Case Numbers:   03-12-00274-CR & 03-12-00275-CR
Trial Court Nos.: D-1-DC-12-904013 & D-1-DC-12-904014

Style:           Samuel Jones v. The State of Texas

---

The enclosed opinion and judgments were sent this date to the following persons:

> Please note: In criminal cases, the attorney representing the defendant on appeal shall, within five days after the opinion is handed down, send his client a copy of the opinion and judgment, along with notification of the defendant's right to file a *pro se* petition for discretionary review under Rule 68. This notification shall be sent certified mail, return receipt requested, to the defendant at his last known address. The attorney shall also send the court of appeals a letter certifying his compliance with this rule and attaching a copy of the return receipt within the time for filing a motion for rehearing. *See* Tex. R. App. P. 48.4.

The Honorable Clifford Brown
Judge
Travis County Courthouse
P.O. Box 1748
Austin, TX 78767

Ms. Elizabeth S. Phillips
Assistant District Attorney
Travis County, Texas
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

The Honorable Lisa C. McMinn
State Prosecuting Attorney
P. O. Box 13046
Austin, TX 78711
* DELIVERED VIA E-MAIL *

The Honorable Billy Ray Stubblefield
Administrative Judge
Williamson County Courthouse
405 Martin Luther King, Box 2
Georgetown, TX 78626
* DELIVERED VIA E-MAIL *

Ms. Linda Icenhauer-Ramirez
Attorney At Law
1103 Nueces
Austin, TX 78701
* DELIVERED VIA E-MAIL *

The Honorable Amalia Rodriguez-Mendoza
Criminal District Clerk
Travis County Courthouse
P.O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *